ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
MTS General Trading & Construction             )   ASBCA Nos. 63521, 63522
                                               )
Under Contract No. W56KGZ-15-A-6000            )

APPEARANCE FOR THE APPELLANT:          Abathar Tajaldeen, Esq.
                                         AT Law Group, PLLC
                                         Dearborn, MI

APPEARANCES FOR THE GOVERNMENT:        Dana J. Chase, Esq.
                                         Army Chief Trial Attorney
                                         Shelley M. O'Hara, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 11, 2025

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63521, 63522, Appeals of MTS General Trading & Construction, rendered in conformance with the Board's Charter.

Dated:  March 11, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals